Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA  98901
Telephone:  (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NOE RUBIO-FARIAS,<br><br>　　　　　　　　Defendant. | NO. 1:21-CR-2009-SAB-1<br><br>INFORMATION SUPERSEDING INDICTMENT<br><br>Vio:  18 U.S.C. § 924(c)(1)(A) – Carrying a Firearm During and in Relation to a Drug Trafficking Crime<br><br>18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The United States Attorney charges:

On or about November 5, 2020, in the Eastern District of Washington, the Defendant, NOE RUBIO-FARIAS, did knowingly carry a firearm, to wit: a Weihrauch Windicator, .357 caliber revolver, bearing serial number 1761795, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: distribution of a mixture and substance

Information Superseding Indictment – 1

containing a detectable amount of fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), all in violation of 18 U.S.C. § 924(c)(1)(A).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Information Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A) as set forth in this Information Superseding Indictment, Defendant, NOE RUBIO-FARIAS, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 25th day of August, 2021.

Joseph H. Harrington
Acting United States Attorney

Ian L. Garriques
Assistant United States Attorney

Information Superseding Indictment – 2